FILED
2016 Feb-01 PM 02:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT

FILED
2016 FEB -1  A II: 32
U.S. DISTRICT COURT
N.D. OF ALABAMA

JOSEPH WOOD,
Plaintiff

Case Number:

vs.

BIBB CORRECTIONAL:
LT.RUTLEDGE,(E.t.al)
JANE DOE AND JOHN DOE,ETC.

CV-16-K-0186-W

MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO
RULE 65 A.R.CIV.P.

plaintiff , Joseph Wood, affirm the following and move for a temporary restraining order , on grounds as stated below:

1. Plaintiff was transfered from Staton Correctional to Bibb Correctional and placed into regular population. The plaintiff was in population about 5 to 6 days, then placed in a death trap titled "Behavior Modification Dorm: Hot Dorm". The plain-tiff informed Lt. Rutledge that he was found not guilty of his Rule 927 prison possession of drug charge by Robert E Rutledg-e and approved by Warden Willie Bennett, 10-7-15.

Lt. Rutledge told the plaintiff that he would only be in the hot dorm for one day he would fix it, on about Oct.25;26 2015. I noticed while I was in the hot dorm that inmates in the blood gang I had an altercation with at Limestone Correctional was in the dorm . I beat on the Dorm door to get the attention of the officer and informed him that these inmates was my enemies and I feared for my life. The officer took me to the shift office where I informed Sgt.Sealy,Lt.Johnson,Lt.Waiver. I asked to be placed in Seg. I was cussed out by these officers and made by

them to sign a living agreement with inmate Chrensaw and I was sent back to the Hot dorm for 3 to 4 more days. I was released in population. Upon my release I found out that a prisoner stole my shoes, ear phones.,and watch to sell to get high with ( the inmate admited this to Lt.Rutledge). Lt.Rutledge threaten to place me back into the hot dorm with the blood gang if I did not sign a living agreement with this inmate that stole my property. I signed the living agreement to avoid being murdere-d by the blood gang.

On Dec.22,2015 I was stabbed 9 times by a blood gang member. I called to the shift office on Dec. 27, 2015 by Capt. Hutton , Lt. Waiver, Sgt.Sealey and Officer Monk was in there. Capt. Hutton stated in front of all of the officers that Lt.Rutledge told him that I said the inmate that stabbed me 9 times for nothi-g nothing , that owed him money, and this was nothing more than a cover-up.

I intend to sue for deliberate indifference , etc. I am drafted a Rule Rule 27 F.R.Civ.P, motion for pre-action discovery so I can file my 1983 with factual specifity and sue all the right people.

With the intervention of this court I can lose my life by a hit being placed on my life by Lt.Rutledge(et.al), and my mail will be thrown away , altered or delayed. I will receive retalitory write-ups and other adverse acts from the Bibb Corr. regime.

I have been stabbed 9 times already I fera for my life and request assistance from counsel and that the court send the U.S. Marshall to come investigate this matter.

Be Thy Duly Submitted:

s/ *Joseph Wood*

d/ 1-25-16

File

A.D.O.C. Legal Division.

Mr. Joseph Wood
AIS: 238098  Bed: E-1-3B
505 Bibb Lane
Brent, Alabama 35034



BIRMINGHAM AL 350

28 JAN 2016 PM 5 L

**SECURITY**

FEB 01 2016

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Northern District of Alabama
  Clerk Office
Room 140, 1729 5th Ave. North
Birmingham, Alabama 35203